NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KENNETH SWINGER,**
*Petitioner,*

v.

**DEPARTMENT OF THE ARMY,**
*Respondent.*

---

2012-3213

---

Petition for review of the Merit Systems Protection Board in case no. AT0752110607-I-1.

---

**ON MOTION**

---

## ORDER

Kenneth Swinger moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

KENNETH SWINGER v. ARMY                                           2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s24